# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-038-FDW-DCK

| | |
|---|---|
| CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY d/b/a CAROLINAS HEALTHCARE SYSTEM, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )    **ORDER** |
| DENISE DIANE KINSINGER a/k/a DENISE D.KINSINGERAND ERIC KINSINGER a/k/a ERIC M. KINSINGER, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on Defendants' "Unopposed Motion For Stay" (Document No. 25) filed March 12, 2018. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and in consultation with Judge Whitney's chamber, the undersigned will <u>deny</u> the motion.

**IT IS, THEREFORE, ORDERED** that Defendants' "Unopposed Motion For Stay" (Document No. 25) is **DENIED**. The parties shall move forward with this case, including filing an Answer or otherwise responding to the Complaint, without further delay.

Signed: March 20, 2018

David C. Keesler
United States Magistrate Judge